**No. 42577.**—Protest 967293–G of L. W. Cox & Co. (New York).

Opinion by CLINE, J.   The collector reported that duty was taken on the whole quantity of 3,234 pounds since the consignee did not file notice of condemnation 5 days thereafter under section 506, Tariff Act of 1930, and article 804, C. R. 1937.   It was not shown that the plaintiffs complied with all the provisions of the statute and the regulations promulgated thereunder in force at

462

the time of this importation (article 807, Customs Regulations of 1931). The protest was therefore overruled.